**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
marion.johnson@dbr.com
*Attorneys for Defendants*
*COBRAsource Inc. and John Blaida*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## VICINAGE OF NEWARK

| | |
|---|---|
| HOSS DAHI and ELAINE DAHI, | CASE NO.: 10-cv-6297-CCC-JAD |
| Plaintiffs, | Civil Action |
| vs. | |
| REFRIGERATED HOLDINGS, INC.; GEMINI TRAFFIC SALES, INC.; EAST COAST WAREHOUSE & DISTRIBUTION CORP.; DANIEL SOKOLOWSKI; ROB ADAMS; JOHN BIBLIS; TRACY STONE; FENWAY PARTNERS LLC; PETER LAMM; RICHARD DRESDALE; CLARA RIVERA PACHECO; MARK HENDRICKS; ALSTON & BIRD LLP; KIMBERLY L. FOGARTY, ESQ.; CORRADO GIGANTE; R. WATSON; JOHN BLAIDA; COBRASOURCE INC.; JESSIKA COLE; INFINISOURCE, INC., | **NOTICE OF MOTION TO DISMISS IN LIEU OF ANSWER PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| | MOTION RETURN DATE: SEPTEMBER 19, 2011 |
| Defendants. | |

**TO:   CLERK OF THE COURT**

Hoss Dahi and Elaine Dahi, *pro se*
22A, 22R Wesley Street
Monmouth Beach, NJ 07750

**PLEASE TAKE NOTICE** that on September 19, 2011, the undersigned counsel, Marion B. Johnson, on behalf of defendants COBRAsource Inc. and John Blaida (collectively referred to as the "COBRAsource Defendants"), shall move before the Honorable Claire C. Cecchi, D.J., in the United States Court House, Newark, New Jersey, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing Plaintiffs' Second Amended Complaint with prejudice, as against each of the COBRAsource Defendants.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78(b).

The COBRAsource Defendants have filed, simultaneously with this Motion, a Brief in accordance with LR 7.2 setting for the legal and factual reasons supporting the relief sought herein. A proposed form of Order is attached hereto.

Dated: August 8, 2011

Respectfully submitted,

***John Blaida and COBRAsource, Inc.***

By____s/Marion B. Johnson_____
      Marion B. Johnson
      Their Attorney

Debrai G. Haile
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

Marion B. Johnson
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
(973) 360-9831 (fax)