District Judge Claire Cecchi
US District Court at NJ-Newark
MLK Jr Federal Building
50 Walnut Street
PO Box 419
Newark NJ 07101

RECEIVED IN THE CHAMBERS OF

AUG - 8 2011

HON. CLAIRE C. CECCHI

Case # 2:10 CV 06297  *Dahi and Dahi v Refrigerated Holdings Inc, et al.*

August 4, 2011

Plaintiffs are writing to inform as follows.

1.  Plaintiffs have been not been able to pursue their case zealously, as would otherwise have been possible, due to specific information from a reliable source indicating that Defendant Peter Lamm has arranged for a predetermined case outcome on the within matter. All motions and other efforts would, accordingly, be futile and in vain. This allegation and its bases will be detailed in plaintiffs' forthcoming motions, to be filed on 08/12/11. This case has irregularities that support such allegation and that cannot be otherwise reasonably explained.

2.  For reasons that are entirely opaque to plaintiffs, this case was reassigned to your docket.

3.  On specific information and belief, this matter has been now set for an in-person dismissal on 08/08/11 by your magistrate, though it is couched as a "conference." Plaintiffs hereby move that this meeting be adjourned, pending motions to be filed four days later at the next calendar, i.e., on 08/12/11.

4.  Plaintiffs submitted a letter motion that was entirely disregarded by the previous assigned judge / magistrate team. It was also disregarded by the present judge / magistrate team. Concern is for the matter mentioned in (1) above.

5.  Despite the fact that FRCP mandates that pro se parties be served by mail unless they waive that right, and despite the fact that Plaintiffs have notified that they do not waive said right, one party has filed a dismissal motion in absence of serving either plaintiff with a copy. As is well on record, Plaintiffs do not have Internet access at home and must travel to a library to view CM/ECF notifications. Depending on the library, these are not always capable of being printed out. Hence, the need for service by hard copies, as is the mandate set by FRCP. To decide that dismissal motion in absence of service upon either plaintiff would be an egregious deprivation of due process rights.

6.  By way of copy of this letter via E-mail, both appearing defendants are hereby served with this letter on 08/04/11. They will also be served by fax on 08/05/11.

Hoss Dahi and Elaine Dahi (at 22R)
22A Wesley Street
Monmouth Beach NJ 07750
(732) 222-3309

