UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAHI, et al., <br>                Plaintiffs, <br> v. <br> REFRIGERATED HOLDINGS, INC., et al., <br>                Defendants. | Civil Action No. 10-6297 (CCC) <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of motion to dismiss Plaintiffs' Second Amended Complaint ("Complaint" or "SAC"), filed by Defendants COBRAsource, Inc. and John Blaida (collectively, "COBRAsource Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6). [ECF Docket Entry No. 30]. The Court has considered the submissions made in support of the motion, to which Plaintiffs did not file an opposition. For the reasons set forth by the Court in its corresponding Opinion dated March 13, 2012,

IT IS on this 13 day of March 2012,

**ORDERED** that the COBRAsource Defendants' Motion to Dismiss [ECF Docket Entry No. 30] is hereby granted; and it is further

**ORDERED** that Plaintiffs are granted thirty (30) days to file a Third Amended Complaint, which cures the pleading deficiencies in those claims against the COBRAsource Defendants, as set forth by the Court in its corresponding Opinion. Failure to do so will result in dismissal of such claims with prejudice.

**SO ORDERED.**

Claire C. Cecchi
United States District Judge