UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | : | |
|---|---|---|
| **HOSS DAHI,** | : | Civil Action No. 10-6297 (CCC) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | NOTICE OF CALL FOR DISMISSAL |
| **CLARA RIVERA PACHECO,** | : | PURSUANT TO GENERAL RULE 41.1 |
| **MARK HENDRICKS, ALSTON & BIRD LLP,** | : | |
| **KIMBERLY L. FOGARTY, ESQ., CORRADO** | : | |
| **GIGANTE, R. WATSON, GARY HART,** | : | |
| **JESSIKA COLE, INFINISOURCE INC.,** | : | |
| Defendants. | : | |

_____

PLEASE TAKE NOTICE that the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on  May 4, 2012 at 10:00 a.m., against defendants: Clara Rivera Pacheco, Mark Hendricks, Alston & Bird LLP, Kimberly L. Fogarty, Esq., Corrado Gigante, R. Watson, Gary Hart, Jessika Cole, Infinisource Inc.,  unless good cause is shown with the filing of an affidavit <u>before</u> the return date.  If said affidavit has not been filed before the return date, counsel are <u>required</u> to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

WILLIAM T. WALSH, CLERK

Date: April 24, 2012            by:    *Jacquie Lambiase*
                                          Jacquie Lambiase, Deputy Clerk

cc:  Hon. Claire C. Cecchi, U.S.D.J.
     All parties of Record